BRENT P. LORIMER (USB No. A3731)
blorimer@wnlaw.com
THOMAS R. VUKSINICK (USB No. A3341)
tvuksinick@wnlaw.com
CHAD E. NYDEGGER (USB No. 9964)
cnydegger@wnlaw.com
WORKMAN | NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 533-9800
Facsimile:  (801) 328-1707

Attorneys for Plaintiff
TRUHEARING, INC.

## IN  THE  UNITED  STATES  DISTRICT  COURT
## DISTRICT  OF  UTAH,  CENTRAL  DIVISION



| TRUHEARING, INC., a Utah corporation, | ) ) ) | Civil Action No. 2:10-cv-01166-PMW |
|---|---|---|
| Plaintiff, | ) ) ) | **NOTICE  OF  DISMISSAL WITHOUT  PREJUDICE** |
| v. | ) ) | |
| GN HEARING CARE CORP., a California corporation d/b/a BELTONE, | ) ) ) ) | Honorable Magistrate Judge Paul M. Warner |
| Defendant. | ) | |

Pursuant  to  Federal  Rule  of  Civil  Procedure  41(a)(1)(A)(i),  Plaintiff  TruHearing,  Inc.

hereby dismisses its claims in the above-captioned action with respect to Defendant GN Hearing

Care Corp. d/b/a Beltone, without prejudice, and without costs or attorneys' fees to either party.

Defendant  has  not  filed  an  answer  to  the  complaint  and  has  not  filed  a  motion  for  summary

judgment.

DATED this 25th day of March, 2011.

Respectfully submitted,

WORKMAN | NYDEGGER

By   */s/ Chad E. Nydegger*
      Brent P. Lorimer
      Thomas R. Vuksinick
      Chad E. Nydegger

      Attorneys for Plaintiff
      TRUHEARING, INC.