| To: | **Mail Stop 8**<br>**Director of Patents and Trademarks**<br>**PO BOX 1450**<br>**Alexandria VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |

In compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116, you are hereby advised that a court action

has been filed in the **U.S. District Court <u>for the District of Utah</u>** on the following

☒ Trademarks or ☐ Patents ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>**2:10-cv-1166 PMW** | DATE FILED<br>**11/29/10** | U.S. DISTRICT COURT<br>**District of Utah**<br>**350 South Main Street, Room 150, Salt Lake City, UT 84101** |
|---|---|---|
| PLAINTIFF<br><br>**TruHearing** | | DEFENDANT<br><br>**GN Hearing Care** |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| **1** see complaint | see complaint | see complaint |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patents(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, a final decision had been rendered or judgment issued:

| DECISION / JUDGMENT<br>**Voluntarily Dismissed** |
|---|

| CLERK<br>D. Mark Jones | (BY) DEPUTY CLERK<br>Aaron Paskins | DATE<br>03/28/2011 |
|---|---|---|